November 17, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Guam
**Lower Court Number:** CR-04-00002-RCJ
**Appeal Number:** 05-10240
**Short Title:** USA v. McGrew

**RECEIVED NOV 27 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Volumes**

| | | | | |
|---|---|---|---|---|
| Clerk's Records in: | 1 | | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 0 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

October 20, 2005

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939



FILED
OCT 28 2005
CATHY A. CATTERSON
U.S. COURT OF APPEALS

RECEIVED
NOV 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Re:  C.A. No. -05-10240 - CR-04-00002-RCJ
     UNITED STATES OF AMERICA
             - vs -
          CHONG McGREW

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(One Volume)**
- Reporter's Transcript **(Combined with Record on Appeal)**
- Docket Sheet

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures

**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**